**FILED**
**CLERK**

2/3/2017 11:28 am

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMES A. TOMASSI,

                   Plaintiff,

     -against-                                   **ORDER**
                                        16-CV-3892 (JMA) (AKT)

COUNTY OF SUFFOLK et al,

                  Defendant.
------------------------------------------------------------X
**AZRACK, United States District Judge:**

       This action was filed on July 13, 2016.  On July 14, 2016, the Court granted pro se plaintiff's

application to proceed in forma pauperis for the limited purpose of serving plaintiff's Complaint upon

defendants.  A conference was scheduled and held before the undersigned on July 20, 2016, in which the

County arranged for plaintiff to obtain the medical attention he was seeking in the Complaint.  A copy of

the Minute Entry from that conference was mailed to plaintiff at his address listed on the docket sheet, the

Suffolk County Correctional Facility.  On August 1, 2016, the mail was returned, marked "Discharged,

Return to Sender."   On October 25, 2016, this Court issued an Order to Show Cause directing plaintiff to

provide the Court with an updated address and telephone number.  A response was due by November 23,

2016.  On November 2, 2016 the Court received a letter from plaintiff indicating his address was again

the Suffolk County Correctional Facility.  On November 29, 2016, this Court issued an Order dismissing

the complaint for failure to allege a plausible claim for relief.  Plaintiff was granted leave to file an

amended complaint within thirty (30) days from the date of the order.  A copy of the Order was mailed to

plaintiff at his address listed on the docket sheet.  The Order was not returned.  To date, plaintiff has not

filed an amended complaint nor has he otherwise communicated with the Court about this case.

Accordingly, judgment in this case shall now enter.

       The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not

be taken in good faith and therefore in forma pauperis status is denied for the purpose of any appeal. See

Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

       The Clerk of Court is directed to mail a copy of this Order to the pro se plaintiff at his last known

address and to mark this case closed.


**SO ORDERED.**


Date:   February 3, 2017
         Central Islip, New York


                                  _/s/ Joan M. Azrack__
                                  Joan M. Azrack
                                  United States District Judge